# Court of Appeals
# of the State of Georgia

ATLANTA,  September 08, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0232. LUCE PIERRE v. SERENADE HEIGHTS, INC.

This dispossessory action originated in magistrate court. Following an adverse ruling, defendant Luce Pierre appealed to the state court.  The state court issued a dispossessory order and a writ of possession in favor of plaintiff Serenade Heights, Inc., and Pierre filed this appeal. We, however, lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). Pierre's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.

We note that Serenade Heights filed a motion to dismiss on other grounds. In light of our ruling, that motion is hereby DISMISSED as moot.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/08/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.